■

**Jeffrey WALKWITZ, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 57329.

Missouri Court of Appeals,
Eastern District,
Division One.

June 5, 1990.

Mary K. Anderson, Columbia, for appellant.

William L. Webster, Atty. Gen., Frank A. Jung, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant, Jeffrey Walkwitz, appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous. Rule 24.035(j). *Day v. State*, 770 S.W.2d 692, 696[2] (Mo. banc 1989). An extended opinion would serve no jurisprudential purpose. The parties have been supplied with a memorandum setting forth the reasons for the order affirming the judgment.

■

**Betty L. DEAN, Petitioner–Appellant,**

v.

**Duane BENTON, Director of Revenue, Respondent–Respondent.**

No. 57204.

Missouri Court of Appeals,
Eastern District,
Division One.

June 5, 1990.

Charles A. Hurth, III, Pacific, for appellant.

Duke A. McDonald, Asst. Pros. Atty., Union, for respondent.

ORDER

PER CURIAM.

Driver appeals from the denial of her petition for review of an administrative revocation of her driver's license based on her refusal to submit to a chemical blood analysis. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

■

**Hanford GASKIN, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 56942.

Missouri Court of Appeals,
Eastern District,
Division One.

June 5, 1990.

Henry B. Robertson, Lisa K. Clover, Asst. Public Defenders, St. Louis, for appellant.

William L. Webster, Atty. Gen., Christine A. Alsop, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

### Elza SANFORD, Appellant,

### v.

### STATE of Missouri, Respondent.

### No. 56953.

Missouri Court of Appeals,
Eastern District,
Division One.

June 5, 1990.

Henry B. Robertson, Lisa K. Clover, Asst. Public Defenders, St. Louis, for appellant.

William L. Webster, Atty. Gen., Jared R. Cone, Asst. Atty. Gen., Jefferson City, for respondent.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion after an evidentiary hearing.

We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would serve no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).

### David Allen FULKS, Petitioner–Respondent,

### v.

### Suzan Kay FULKS, Respondent–Appellant.

### No. WD 42392.

Missouri Court of Appeals,
Western District.

June 5, 1990.

Edward J. Houlehan, Kansas City, for respondent-appellant.

Robert C. Paden, Independence, for petitioner-respondent.

Before TURNAGE, P.J., and
LOWENSTEIN and GAITAN, JJ.

ORDER

PER CURIAM:

Appeal by mother from portion of dissolution of marriage decree awarding joint